IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY GANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-0503 |
| | ) | Judge Trauger |
| THE STATE OF TENNESSEE, *et al.*, | ) | Magistrate Judge Bryant |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On July 8, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 43), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendant Metropolitan Development Housing Agency (Docket No. 36) is **GRANTED**, and all claims against this defendant are **DISMISSED WITH PREJUDICE**. Because this is the last defendant remaining in this case, the Clerk shall **CLOSE** this file.

It is so **ORDERED.**

ENTER this 31st day of July 2013.

_____
ALETA A. TRAUGER
U.S. District Judge